| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF LOUISIANA |
| Case number *(if known)* _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     DP Louisiana, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**     85-0910675

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o EAG Services<br>PO Box 131328<br>Houston, TX 77219<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Harris<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor DP Louisiana, LLC Case number (*if known*)
 Name

**7. Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
 2111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?** *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

 District When Case number
 District When Case number

Debtor   DP Louisiana, LLC
         Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor        Whitney Oil & Gas LLC              Relationship        Operator of Record
District      Eastern District of Louisiana     When  10/26/23       Case number, if known  23-11873

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

6/30/25 2:44PM

Debtor  DP Louisiana, LLC  
Name

Case number (*if known*)

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  DP Louisiana, LLC
    Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 30, 2025
        MM / DD / YYYY

**X** /s/ Christopher O. Ryals            Christopher O. Ryals
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Douglas S. Draper            Date  June 30, 2025
Signature of attorney for debtor            MM / DD / YYYY

Douglas S. Draper 5073
Printed name

Heller, Draper & Horn, LLC
Firm name

650 Poydras Street
Suite 2500
New Orleans, LA 70130
Number, Street, City, State & ZIP Code

Contact phone  504-299-3300    Email address  ddraper@hellerdraper.com

5073 LA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DP Louisiana, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cannata's Supermarket Inc. 6289 West Park Avenue Suite 5 Houma, LA 70364 | | | | | | $4,997.42 |
| Cased Hole American Environmental & Indu 13080 Chef Menteur Highway New Orleans, LA 70129 | | | | | | $30,000.00 |
| Clean Gulf Associates 650 Poydras St Ste 1020 New Orleans, LA 70130 | | | | | | $10,000.00 |
| Department of Natural Resources PO Box 44277 Baton Rouge, LA 70804-4277 | | | | | | $15,500.00 |
| E.A.G. Onesource, Inc. 1415 Louisiana Street Suite 2210 Houston, TX 77002 | | | | | | $9,518.87 |
| Environmental Safety & Health Consulting 2802 Flintrock Trace B104 Lakeway, TX 78738 | | | | | | $97,397.98 |
| Fast Trac Transportation, LLC 16220 Air Center Blvd Houston, TX 77032 | | | | | | $4,618.51 |

Debtor  DP Louisiana, LLC  
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gulf Coast Fuel & Lube<br>PO BOX 176<br>Bourg, LA 77024 | | | | | | $54,503.73 |
| HLP Engineering INC<br>PO Box 52805<br>Lafayette, LA 70505 | | | | | | $4,090.00 |
| J-W Power Company<br>16479 N Dallas Parkway Ste 850-LB8<br>Addison, TX 75001 | | | | | | $138,771.33 |
| Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | | | | | | $191,906.62 |
| Operations & Maintenance Solutions<br>129 Lafferty Dr<br>Broussard, LA 70518 | | | | | | $36,479.27 |
| Petroleum Co-Ordinators, Inc.<br>219 Rue Fontain<br>Lafayette, LA 70508 | | | | | | $12,162.00 |
| Quality Process Services, LLC<br>587 South Hollywood Road<br>Houma, LA 70360 | | | | | | $96,444.00 |
| RMLC Marine LLC<br>12335 Kingsride Ln #314<br>Houston, TX 77024 | | | | | | $50,277.50 |
| T.F. Services, LLC<br>210 Service Road<br>Rayne, LA 70578 | | | | | | $55,980.22 |
| Terrebonne Parish Sheriff Tax Collector<br>Timothy Soignet<br>Sheriff & Ex-Officio Tax<br>PO Box 1990<br>Gray, LA 70359 | | | | | | $114,348.78 |
| Terrebonne Wireline<br>155 Pugs Ct<br>Houma, LA 70363 | | | | | | $31,055.00 |

Debtor  DP Louisiana, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The Louisiana Land & Exploration<br>806 Bayou Black Dr<br>Houma, LA 70360 | | Royalty Owner | | | | $665,618.14 |
| USA Compression Partners LP<br>111 Congress Avenue Suite 2400<br>Austin, TX 78701 | | | | | | $36,465.03 |

A. I. Ballard Profit Sharing Trust
1705 1St City Nat'L Bnk Bldg
1021 Main Street
Houston, TX 77002


Alpha Control Services LLC
PO Box 1916
Scott, LA 70583


Ann Showers Butler
2 Niles Road
Austin, TX 78703


Bay Paradise Energy LLC
15418 Oyster Creek Ln
Sugar Land, TX 77478


Betty Showers Brown
PO Box 578
Brookshire, TX 77423


Blanton Snodgrass
10026 Villa Lea
Houston, TX 77071


Cannata's Supermarket Inc.
6289 West Park Avenue Suite 5
Houma, LA 70364


Cased Hole American Environmental & Indu
13080 Chef Menteur Highway
New Orleans, LA 70129


Charles A. O'Niell III
1301 Fannin, Ste 2330
Houston, TX 77002


Chase M Pourciau
508 Gaynell Dr
Houma, LA 70364


Clean Gulf Associates
650 Poydras St Ste 1020
New Orleans, LA 70130

Club Oil & Gas, Ltd, LLC
PO Box 3868
Englewood, CO 80115


CT Corporation
PO Box 4349
Carol Stream, IL 60197


David C. Sugarek
PO Box 12019
Austin, TX 78711


David D. Daly
# 5 Westwood
New Iberia, LA 70560


Deborah Pourciau Ledford
2514 Berrybrook Dr
Baton Rouge, LA 70816


Department of Natural Resorces
PO Box 44277
Baton Rouge, LA 70804-4277


Diana O'Niell
1301 Fannin, Ste 2330
Houston, TX 77002


Dixie L. Hester
10016 Lakeshore Drive
Tyler, TX 75707


E.A.G. Onesource, Inc.
1415 Louisiana Street Suite 2210
Houston, TX 77002


Environmental Safety & Health Consulting
2802 Flintrock Trace B104
Lakeway, TX 78738


Fast Trac Transportation, LLC
16220 Air Center Blvd
Houston, TX 77032

Glen E Pourciau
1522 Chowkeebin
Tallahassee, FL 32301


Gulf Coast Fuel & Lube
PO BOX 176
Bourg, LA 77024


HGX Investments LLC
5532 Sapphire Lane
Paradise Valley, AZ 85253


HLP Engineering INC
PO Box 52805
Lafayette, LA 70505


J Connor Consulting, Inc.
19219 Katy Freeway Ste 200
Houston, TX 77094


J-W Power Company
16479 N Dallas Parkway Ste 850-LB8
Addison, TX 75001


James H. Tindall
2312 Bluebonnet Blvd
Houston, TX 77030


Jeannette S. Bell
311 Briarpark Drive
Houston, TX 77042


June Bristow
PO Box 12019
Austin, TX 78711


Juris Ercums
11302 Monteverde
Houston, TX 77099


Kelli Byrd
PO Box 1073
Palestine, TX 75802

Lake Hatch L.L.C.
Attn E Jerry James 8535 Green Island Cir
Lone Tree, CO 80124


Lone Star Solutions Group LLC
5535 Memorial Dr Ste F1173
Houston, TX 77007


Louisiana Department of Revenue
Collection Division
Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658


Marilyn V. Leger
PO Box 290
Winnie, TX 77665


Mary Ellen Henry
127 Manchester Drive
Houma, LA 77042


Mary Pourciau Norris
450 Archery Dr
Denham Springs, LA 70706


MBT Operating LLC
13135 Hermitage Ln
Houston, TX 77079


MKWI LLC
12335 Kingsride Ln #314
Houston, TX 77024


Monkey Pumps
2063 Bonn St
Harvey, LA 70058


Nancy Showers Slaughter
PO Drawer 1508
San Angelo, TX 76902


Operations & Maintenance Solutions
129 Lafferty Dr
Broussard, LA 70518

Petroleum Co-Ordinators, Inc.
219 Rue Fontain
Lafayette, LA 70508

Piranha Rentals, LLC
PO Box 69
Chauvin, LA 70344

Quality Process Services, LLC
587 South Hollywood Road
Houma, LA 70360

River Rental Tools, Inc.
109 Derrick Road, Belle Chasse LA 70037
Belle Chasse, LA 70037

RMLC Marine LLC
12335 Kingsride Ln #314
Houston, TX 77024

Ronnie's Airboats
9070 Hwy 90 W. Frontage Rd
Franklin, LA 70538

SBP Operating LLC
10002 Briar Rose Dr
Houston, TX 77042

Source Rock Minerals II, LLC
PO Box 670713
Dallas, TX 75367

T.F. Services, LLC
210 Service Road
Rayne, LA 70578

Terrebonne Parish Sheriff Tax Collector
Timothy Soignet Sheriff & Ex-Officio Tax
PO Box 1990
Gray, LA 70359

Terrebonne Wireline
155 Pugs Ct
Houma, LA 70363

```
The Louisiana Land & Exploration
806 Bayou Black Dr
Houma, LA 70360


Thomas M. Hebert
PO Box 9158
Houma, LA 70361


Transcontinental Gas Pipe Line
One Williams Center
Tulsa, OK 74172


USA Compression Partners LP
111 Congress Avenue Suite 2400
Austin, TX 78701


W. S. Kilroy, Jr. LA Tr c/o Bank of TX T
3009 Post Oak Blvd Suite 1300
Houston, TX 77056


W. S. Kilroy, Sr.c/o Houston Trust Co
3737 Buffalo Speedway Suite 200
Houston, TX 77098


Whitco Supply, LLC
200 North Morgan Avenue
Broussard, LA 70518


William Kelly
Profit Sharing Trust 116 East Lane
Grand Chenier, LA 70643
```